LippesMathias LLP
ATTORNEYS AT LAW

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________
DATE FILED: 6/7/2022

June 6, 2022

**Via ECF**
Hon. Lewis A. Kaplan, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: *FCP Entertainment Partners, LLC v. Hal Luftig Company, Inc., et al.*
22-CV-02768-LAK

-and-

*Hal Luftig v. FCP Entertainment Partners, LLC*
22-CV-03697-LAK

Dear Judge Kaplan:

We represent FCP Entertainment Partners, LLC ("FCP") in the above-referenced matters. Please let this serve as FCP's Motion to Combine (1) its reply brief in further support of its amended petition to confirm the arbitration award in Case No. 22-cv-02768; and (2) its brief in opposition to Hal Luftig's amended petition to vacate the arbitration award in Case No. 22-CV-03697 into a single 35-page omnibus brief.

Pursuant to your Honor's May 19, 2022 Order via Memo Endorsement (Doc. 20 and 13, respectively) FCP has until June 13, 2022 to file both its reply in support of its amended petition and to file its opposition to Mr. Luftig's amended petition. As there is significant overlap between the legal and factual arguments in both FCP's reply and opposition, FCP requests permission to combine its reply and opposition into a single omnibus brief, no longer than 35-pages.

Both actions relate to the same Arbitration Award. In FCP's action, FCP seeks to confirm the Arbitration Award. In Mr. Luftig's action, he seeks to vacate the Arbitration Award. Mr. Luftig makes nearly identical arguments in his petition to vacate as the he and Hal Luftig Company, Inc. make in opposition to FCP's petition to confirm. Further the exact same legal standard must be analyzed in both actions. For these reasons, the filing of a single omnibus brief will streamline the legal and factual issues before the Court.

Further, as FCP is entitled to 10-pages for a reply brief and 35-pages for its opposition brief, a single 35-page brief will support the interests of judicial economy by shortening the total pages submitted by FCP and eliminate duplicate arguments.

Richard M. Scherer, Jr. | Partner | rscherer@lippes.com

50 Fountain Plaza, Suite 1700, Buffalo, NY 14202 **Phone:** 716.853.5100 **Fax:** 716.853.5199 **lippes.com**

Case 1:22-cv-03697-LAK Document 12 Filed 06/06/22 Page 2 of 2

Respectfully submitted,

LIPPES MATHIAS LLP

*/s/ Richard M. Scherer, Jr.*

Richard M. Scherer, Jr.

SO ORDERED

Hon. Lewis A. Kaplan, U.S.D.J.

6/7/22