**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X
FCP ENTERTAINMENT PARTNERS, LLC,

                Plaintiff,                22 **CIVIL** 2768 (LAK)

-against-

HAL LUFTIG COMPANY, INC., et ano.,
                Defendants.
-----------------------------------------------------------X
HAL LUFTIG,

                Plaintiff,                22 **CIVIL** 3697 (LAK)
                                                               **JUDGMENT**
-against-

FCP ENTERTAINMENT PARTNERS, LLC,
                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated October 26, 2022, FCP's amended petition to confirm the arbitration award [22-cv-02768, Dkt 21] is GRANTED and Mr. Luftig's amended petition to vacate [22-cv-03697, Dkt. 14] is DENIED; accordingly, the cases are closed.

**Dated**: New York, New York
           November 2, 2022

                                                                   **RUBY J. KRAJICK**

                                                                   **Clerk of Court**
                               **BY:**
                                                                  *K. Mango*

                                                                   **Deputy Clerk**